opposing attorney with the notice of settlement. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

GEORGE W. GIDDINGS, Appellant, v. WILLIAM DOWNING, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

ANNIE M. GREENE, Respondent, v. MARY A. GREENE, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

ETTA G. HINAMAN, as Administratrix, etc., of WILLIAM HINAMAN, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Petition of FRANK BAMBARA, Respondent, v. THE WESTCHESTER STREET RAILROAD COMPANY and JOHN H. CALHOUN, Appellants.— Order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of the Appraisal of the Estate of SUSAN E. QUINBY, Deceased, under the Acts in Relation to the Taxable Transfers of Property. CHARLES J. QUINBY, as Executor, etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of LEMUEL S. SCHRENKEISEN and Others, as Sewer Commissioners, etc., in the Town of Harrison, County of Westchester, etc., Appellants, etc. WALTER RYDER and Others, Respondents.— Order confirming report of commissioners granted June 10, 1915, modified by striking therefrom the allowance, costs and disbursements made to James T. Magan, attorney for James E. Murtha, whose claim was rejected; and as so modified, it and the order granted June 10, 1915, denying appellants' motion for a further and supplemental report, and the order granted July 7, 1915, denying appellants' motion to resettle the order confirming the report of the commissioners, are severally affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

NICHOLAS KESSLER, Appellant, v. BERNHARD A. BUGE, Appellant, and Others, Defendants.   (No. 2.)— Judgment modified by amending the third conclusion of law so that the same shall read that the judgment is without prejudice to enforcement of the note; and as so modified affirmed, without costs. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

MICHAEL KNAPIK, Appellant, v. WATERBURY COMPANY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

FRANCIS H. LEGGETT & COMPANY, Respondent, v. ABRAHAM ADER, Defendant. BENJAMIN HEIDENREICH, Creditor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.